## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>HITLER CINTRÓN-ORTIZ,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 26-173 (ADC)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

RECEIVED & FILED
CLERK'S OFFICE

APR 30 2026

US DISTRICT COURT
SAN JUAN, PR

11:14
mla

### COUNT ONE
**Prohibited Person in Possession of Ammunition: Felon**
(18 U.S.C. § 922(g)(1))

On or about October 3, 2018, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**HITLER CINTRÓN-ORTIZ,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition -- to wit: 16 rounds of .45 caliber ammunition and 30 rounds of 9mm ammunition -- said ammunition having been shipped and transported in interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

*United States v. Hitler Cintrón-Ortiz*
*Information*

### FIREARMS AND AMMUNTION FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Information, defendant HITLER CINTRÓN-ORTIZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of those offenses, including but not limited to 16 spent .45 caliber cartridge casings and 30 spent .9mm cartridge casings.   All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Date: **April 30, 2026**

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Chief, Violent Crimes and
National Security Division

Juan C. Reyes-Ramos
Assistant United States Attorney
Chief, Appellate Division

2